Bank of America
PO Box 9000
Getzville, NY 14068


David Rosenstock
820 Kessler Wood Trail
Dallas, TX 75208


Discover Bank
PO Box 15316
Wilmington, DE 19850


Dra. Jovette Sanchez-Cestero
1479 Ashford Ave., Ste. 6
San Juan, PR 00907


James Law Offices
PMB 501 1353 Ave. Luis Vigoreaux
Guaynabo, PR 00966


Maria Irene Pineiro-Perez
PO Box 652
Hormigueros, PR 00660


Nancy Y. Sanchez Casiano
PO Box 652
Hormigueros, PR 00660

Patricia Cordero Alcaraz
1578 Ponce de Leon Ave.
San Juan, PR 00926


Sears/CBNA
PO Box 6283
Sioux Falls, SD 57117


Yarilyn Claudio Lopez
PO Box 757
Gurabo, PR 00778

United States Bankruptcy Court

District of Maryland

In re: Eyal Samuel Rosenstock

Case No. 18-19227

Chapter 13

Debtor(s)

## Amended Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/07/2018

/s/ Eyal Samuel Rosenstock
Signature of Debtor

Signature of Joint Debtor