UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | |
|---|---|
| IN RE: | : |
| | : |
| Eyal Samuel Rosenstock | : Case No: 18-19227-WIL |
| | : Chapter 13 |
| | : |
| Debtor | : |
| _____ | : |

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the Official Form 309I – Notice of Chapter 13 Bankruptcy Case was served by depositing same in the United States Mail, first class, postage prepaid to the following on this August 7, 2018 to Nancy Y. Sanchez Casiano, PO Box 652, Hormigueros, PR 00660.

                                          /s/David E. Cahn
                                          David E. Cahn