IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EYAL SAMUEL ROSENSTOCK**         CASE NO. : 18-19227

    **Debtor**                                      CHAPTER 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTION TO CONFIRMATION OF PLAN

TO THE HONORABLE COURT:

NOW COMES the creditor herein, *Marie Piñeiro Perez,* who very respectfully ALLEGES AND PRAYS the following:

1. I am the mother of debtor's two children and creditor regarding child support payments in arrears and proof of claim which evidences pre petition arrears of $71,692.81 according to the amounts established as per Order in case of First Instance Court, for the District of Puerto Rico, Mayaguez Ward and case number ISRF2014-0087. Please refer to the evidence attached hereto.

2. On the eve of a hearing to declare debtor in contempt due to failure to pay child support payments in arrears and to be held in said First Instance Court, debtor filed his second bankruptcy petition, being the first one filed in Puerto Rico under case number 18-00111 EAG and dismissed for failure to provide necessary documents as per section 521 (a) of the bankruptcy code. This scheme was done before being held in contempt in State Court for the same issue of failure to cure child support payments in arrears.

3. No payments were received as per previous case due to the fact that the case was not confirmed and debtor failed to maintain regular payments.

4. Debtor's children were not allowed to come back to their school due to the amounts owed and had to be registered as a last minute effort in two different schools since there was no space for all the children in the same school. Also, no amount was provided to cover their back to school expenses. Even though the regular payment includes a provision for such

expenses, since the debtor has not paid the child support payments in a very long time, I have no money saved for such expenses. Family assistance had to be provided. These acts are coming from a lawyer who defends the rights of children. Yet, his children are lacking assistance and presence from their father. Please refer to the evidence attached hereto.

5. According to debtor's Schedule E/F, debtor in spite of knowing the amounts owed as per Order in civil case, the debtor only recognized the amount of $36,315.88 as unsecured priority claim.

6. Due to said reason, I object the confirmation of the case and request that the case be dismissed.

WHEREFORE and view of the above said, I, Marie Piñeiro Pérez respectfully request that the Honorable Court takes notice of the above, Grants the objection to confirmation and dismisses the present case for the continuation of the proceedings.

I HEREBY CERTIFY on this same date that I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will send notification of such filing to the following: Chapter 13, Nancy Spencer Grigsby,Esq at grisgsbyecf@ch13md.com and David Erwin Cahn, Esq at cahnd@cahnlawoffice.com and all parties in interest.

In San Juan, Puerto Rico, to Maryland, this September 5th, 2018.

*/s/ Marie J. Piñeiro Pérez*
Marie Piñeiro Pérez
Urb. Paseo Los Robles
Las Colinas II
Apt. 1305
Mayaguez, P.R.00682
Tel.787-464-7050

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
FIRST INSTANCE COURT
SUPERIOR COURTROOM OF MAYAGUEZ

| | |
|---|---|
| **MARIE PINEIRO PEREZ** | Civil No. **ISRF201400879** |
| PLAINTIFF | Room: **302** |
| Vs. | |
| **EYAL S. ROSENSTOCK** | REGARDING: **DIVORCE (I.R)** |
| DEFENDANT | |

## ORDER

Attended the *"Urgent Motion in Request of Order for ASUME and the Defendant"*, this court orders the defendant, Eyal Rosenstock, to make the child support payment list below, with the specific set, through the Child Support Administration.

| | |
|---|---|
| **Basic** Child Support: | $1,837.22 |
| **Complementary** Child Support: | |
| Housing: | $ 455.00 |
| Education: | |
|     Monthly Tuition | $ 477.75[1] |
|     Operational Fee | |
|     ($1,000 x 68.25%/12) | $ 56.87 |
|     Back to School expenses | $ 73.93[2] |
| Health: (Medical Insurance) | $ 100.28[3] |
| Extracurricular Activities | $ 100.00[4] |
| **TOTAL** .......... | **$3,101.05** |

Other items that arise from the Judgment establishing child support of the minors, notified on February 22, 2018, as part of the child support, will continue to be paid directly to the Plaintiff who is the Parent with Custody, as well as any difference that emerges between the considered amounts and the real expense, in regards to the expense for complementary child support specifically, maintaining the Defendant the responsibility of a 68.25% in accordance with the Judgment issued on February 12, 2018.

---

[1] It is considered a tuition of $350 for each minor. If change occurs, a collection for difference will be done to the parent paying child support.
[2] If is considered an average expense of $1,300 yearly. The difference will be subject to collection is the annual expense results higher, as it has generally happened.
[3] $73.47 ea. x 2 minors = $146.94 x 68.25% = $100.28 monthly.
[4] This item is an estimate. The amount will be adjusted in accordance with the real expense that results. Generally, is higher, for a request for collection will correspond to the parent paying child support.

It is **ordered** to the **Child Support Administration** to register as monthly payment to be paid by the defendant thru ASUME, the amount of **$3,101.05 monthly,** as listed.

**It is ordered,** also, to the **Child Support Administration** to acknowledge the balance due for Child Support, by the paying parent, the amount of **$71,692.81,** up to June 15, 2018.

Failure to comply with this Order could constitute contempt of Court.

**NOTIFY**

In Mayaguez, Puerto Rico, toady, June <u>28</u>, 2018.

SIGNED
**SORAYA MENDEZ POLANCO
SUPERIOR JUDGE**

CERTIFICATION
I, Debbie Pancorbo Guzman, Court Interpreter in and for the Department of General Justice of the Commonwealth of Puerto Rico, hereby certify that the preceding translation has been performed to the best of my knowledge, and it is a true and accurate rendition in the English language of the Order issued by the First Instance Court, Superior Courtroom of Mayaguez, whose original is written in the Spanish language. In WITNESS WHEREOF, I have hereunto sing, in San German, Puerto Rico, today the first (1) day of the month of August of the year two thousand eighteen (2018).



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración para el Sustento de Menores

Fecha de Emisión: 8/28/2018
*Issue date:*

## CERTIFICACION
### *CERTIFICATE*

Nuestro sistema mecanizado contiene la siguiente información:
*Our automated case management system has the following information:*

MARIE I PIÑEIRO PÉREZ no tiene la obligación de pagar pensión alimentaria a través de ASUME.
*MARIE I PIÑEIRO PÉREZ does not have obligation to pay child support through the ASUME.*

| Caso<br>*Case* | Pensión Fijada<br>*Support Established* | Frecuencia de Pago<br>*Payment Frequency* | Fecha Último Pago<br>*Last Payment Date* | Balance adeudado<br>*Arrears Due* | Plan de Pagos<br>*Payment plan* | Fecha en que se estableció Plan de Pagos<br>*Payment Plan establishment date* | Fecha último pago registrado del Plan de Pagos<br>*Date of last payment for payment plan* | Asistencia Economica (TANF)<br>*Assistance for Needy Families Program (TANF)* |
|---|---|---|---|---|---|---|---|---|
| 0577468 | $3,101.05 | MENSUAL | 8/25/2018 | $74,793.86 | | | | |

MARIE I PIÑEIRO PÉREZ NO se encuentra acogido/a a la Ley de Quiebras.
*MARIE I PIÑEIRO PÉREZ IS NOT under the protection of the Bankruptcy Act.*

Tiene    **0**    obligación(es) de pagos de pension(es) alimentaria(s) a través de ASUME.
*Has*    **0**    *child support obligation(s) through the ASUME*

Recibe pensión alimentaria a través de ASUME en    **1**    caso(s):
*Receives child support through ASUME in*    **1**    *case(s):*

**0577468**

Este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la persona custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de la ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. El balance de esta Certificación no incluye el mes en que fue expedida. La información de este documento es válida por treinta (30) días, a partir de la fecha de su emisión.
*This document summarizes the information contained in the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are neither registered as child support payments nor as payments made for the payment plan. You must visit the ASUME office to which your case is assigned in order to request to credit those payments. The balance in this Certificate does not include the current month when it was issued. The information contained in this document is valid for thirty (30) days from its issue date.*

**2018082820180927024148**

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo.

*CONFIDENTIALITY NOTE: The information contained in this document and any attachment is confidential and privileged and has the purpose of being used only by the person identified in it.*

Para validar la información contenida en este certificado, favor acceder a http://www.pr.gov/validacionelectronica/.
*To validate the information herein, please access http://www.pr.gov/validacionelectronica/.*

ASM-526
REV 02/15

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 18-00111 EAG |
| EYAL SAMUEL ROSENSTOCK | Chapter 13 |
| XXX-XX-6979 | |
| | FILED & ENTERED ON 5/8/2018 |
| Debtor(s) | |

ORDER DISMISSING CASE PURSUANT TO 11 USC §521(1)

Upon debtor(s)' failure to file all the documents and/or information required by 11 USC §521(a), it is now

ORDERED that the instant case be and is hereby dismissed pursuant to 11 USC §521(i) effective on the 46th day after the date of the filing of the petition.

SO ORDERED.

Ponce, Puerto Rico, this 08 day of May, 2018.

Edward A Godoy
U.S. Bankruptcy Judge

C: all creditors



# Southwestern Educational Society
**PO Box 40**
**Mayagüez, Puerto Rico 00681**
**Tel: (787) 834-2150    Fax: (787) 265-2500**
e-mail: info@sesolion.com    www.sesolion.com
*Accredited by the Middle States Association of Colleges and Schools since 1991*

May 22nd, 2018

Mr. Eyal Rosenstock (e) eyalsrosenstock@gmail.com
Mrs. Marie Piñeiro (e) mariepineiro@hotmail.com

# INVOICE

Dear SESO Parents:

I hope this letter finds you well. Academic year 2017-2018 has come to an end! We wish to bring this to your attention the tuition arrears on your account; at the same time, refer to the policies that have been adopted by this school. The school Tuition Policy reads as follows:

- ✓ [7] "If a student is withdrawn during the semester, tuition will be charged for the month of withdrawal. All accounts must be up to date before withdrawal."

- ✓ [8] "Parents with a history of payment problems may be required by the Board of Directors *to pay on a full semester or year basis* before registering student for the new school year or *before starting the school semester*."

These policies are necessary for us to operate on a sound financial basis while continuing to serve the sesonian community.

1 | P a g e



# Southwestern Educational Society
PO Box 40
Mayagüez, Puerto Rico 00681
Tel: (787) 834-2150    Fax: (787) 265-2500
e-mail: info@sesolion.com    www.sesolion.com
*Accredited by the Middle States Association of Colleges and Schools since 1991*

Your account reflects a balance due as follows:

| Name | Amount | Code | Date | Balance | Status |
|---|---|---|---|---|---|
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-18-08-107 | 8/1/2017 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $500.00 | OPEFEE2017-18-107 | 8/1/2017 | $500.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $350.00 | MP2017-18-08-265 | 8/1/2017 | $350.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $500.00 | OPEFEE2017-18-264 | 8/1/2017 | $500.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $350.00 | MP2017-2018-1164 | 9/1/2017 | $350.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-0906 | 9/1/2017 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-1106 | 10/1/2017 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $350.00 | MP2017-2018-1264 | 10/1/2017 | $350.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-1364 | 11/1/2017 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-1206 | 11/1/2017 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-1464 | 12/1/2017 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $350.00 | MP2017-2018-1306 | 12/1/2017 | $350.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $350.00 | MP2017-2018-0206 | 1/1/2018 | $350.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-0364 | 1/1/2018 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-0226 | 2/1/2018 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-0382 | 2/1/2018 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-0426 | 3/1/2018 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $350.00 | MP2017-2018-0582 | 3/1/2018 | $350.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $120.00 | BODBLUE17-18-203 | 4/1/2018 | $120.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-0506 | 4/1/2018 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $350.00 | MP2017-2018-0662 | 4/1/2018 | $350.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $20.00 | TERRA2017-2018-82 | 4/1/2018 | $20.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $350.00 | MP2017-2018-0762 | 5/1/2018 | $350.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $385.00 | MP2017-2018-0606 | 5/1/2018 | $385.00 | Past Due |
| FA. ROSENSTOCK PINEIRO | $4.75 | TIENDITA17-18-1007 | 5/1/2018 | $4.75 | Past Due |

Payments should be received **immediately,** (Money Order or Bank Check ONLY).

We are looking forward to working with you in handling this matter as soon as possible.

Thank you for your kindly time!


Respectfully,

Mrs. Ivelisse Martínez
Accountant



Cc: Operations Manager
Cc: School Director