

U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Eyal Samuel Rosenstock | : | Case No. 18-19227 WIL |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |

## ORDER SUSTAINING OBJECTION TO EXEMPTIONS

The Objection to Exemptions filed by the Trustee having been read and considered, notice and opportunity for a hearing having been given, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Trustee's Objection to Exemptions is sustained and the 11 U.S.C. § 522(d)(5) exemption taken by the Debtor in Schedule C (Dkt. 19) for $2,666,45 is disallowed to the extent the "DC income tax owed to Debtor" constitutes post-petition earnings.

cc:  Nancy L. Spencer Grigsby, Trustee, 185 Admiral Cochrane Dr., Suite 240, Annapolis, MD 21401
Eyal Samuel Rosenstock, 1613 Marshall Ave., Rockville, MD 20851 (Debtor)
David Erwin Cahn, 13842A Outlet Drive, #175, Silver Spring, MD 20904 (Debtor's Counsel)

**END OF ORDER**