IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED BY MAIL
2018 DEC 27 AM 11: 33
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

EYAL SAMUEL ROSENSTOCK         CASE NO. :18-19227

    Debtor                     CHAPTER 13
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO INFORM AND REQUEST FOR ORDER

TO THE HONORABLE COURT:

NOW COMES the creditor herein, *Marie Piñeiro Perez,* who very respectfully ALLEGES AND PRAYS the following:

1. As stated in previous motions, I am the mother of debtor's children and creditor in the present case.

2. Debtor and I have a case pending in state court under case number ISRF2014-400879.

3. While this case is pending before the Honorable Court, debtor continues to litigate the child support case as well as the custody of our children. He has hired two attorneys from other cities to appear before him in Mayaguez State Court and continues to appeal state court decision in the Court of Appeals under case numbers KLCE201801040 and KLCE201801040.

4. Debtor also hired an expert to interview our children who's name is Dr. Jovette Sanchez from Psychologist Services and number 7987-616-6234 who came to my home town to execute the interview. I am confident these professionals are not working for free.

5. As per schedules I and J, the amount disclosed as income and the reported expenses do not reflect the legal expenses, expert expenses or professional expenses and it appears that the legal retainer would be impossible to satisfy. Not only he has hired two attorneys, appellate proceedings have been filed. It is evident that debtor's income has not been fully disclosed.

6. Creditor requests that said expenses be included in Schedule J as well as an explanation be filed as to how can debtor afford such legal and expert expenses considering the reported income in Schedule I which are commonly known to be a considerable amount of money. WHEREFORE and view of the above said, I Marie Piñeiro Perez respectfully requests that

the Honorable Court takes notice of the above for the continuation of the proceedings and requests debtor to amend his schedules accordingly.

    I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to: US Trustee, Chapter 13 Trustee Nancy Spencer Grigsby, Esq at grisbyecf@ch13md.com and David Erwin Cahn, Esq at cahnd@cahnlawoffice.com , and by regular mail and all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

    In San Juan, Puerto Rico, this December 21st, 2018.

/s/ Marie Piñeiro Pérez
MARIE PIÑEIRO PEREZ
Urb. Paseo Los Robles
Las Colinas II
Apt. 1305
Mayaguez P.R., 00682
Tel. 787-464-7050