UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                          :
                                                :
Eyal Rosenstock                                 :
                                                :        Case No.  18-19227 WIL
                                                :        Chapter 13
          Debtor                                :
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     :

**DEBTOR'S RESPONSE TO CREDITOR MARIE PINEIRO PEREZ'S
MOTION TO INFORM AND REQUEST FOR ORDER**

COMES NOW, Eyal Rosenstock, Debtor, by and through his undersigned counsel, who hereby Responds to the Creditor's Motion to Inform and Request.  In support thereof, the Debtor states as follows:

1. Admitted.

2. Admitted.

3. Admitted[1].

4. Admitted as to the statement that the Debtor hired an expert as part of the family matter.  Debtor denies the allegations in paragraph 4 of the Motion as to any inference to the Debtor's payment of any professional services in association with the pending Puerto Rico family matter since the filing of this bankruptcy.

5. Debtor denies the statements as alleged in paragraph 5 of the Motion.  Debtor maintains that his counsel in the family matter are working on a *pro bono* basis.  Further, Debtor has received no statement or invoice from the expert witness.  Said expert is expected to compile a report and testify as may be necessary.  Any expenses incurred are not expected to be ongoing.

6. Debtor denies the statements as alleged in paragraph 6 of the Motion.   The Debtor has been forthright throughout these proceedings in his Schedules at the time of filing, at the hearing

---

[1] The correct case number is ISRF 2014-008879.

before this Honorable Court on August 9, 2018, and at the Meeting of Creditors. Debtor concedes that all of those events occurred approximately 18 months ago and that there are minor variations in his financial situation as compared to his situation at the time of the previous statements. Debtor is aware of his right pursuant to 11 U.S.C. § 1009(a) and shall exercise it, if necessary.

  WHEREFORE, Eyal Rosenstock, debtor herein, moves that this Honorable Court deny the relief requested in the Creditor's Motion to Inform and Request for Order and for such other and further relief as is appropriate.

              Respectfully submitted,

              /s/ David Cahn\_\_
              Attorney for the Debtor, Bar No. 18279
              The Law Office of David Cahn, LLC
              13842A Outlet Dr., #175
              Silver Spring, MD  20904
              (301) 799-8072
              cahnd@cahnlawoffice.com

### CERTIFICATE OF SERVICE

  I hereby certify that on February 9, 2019 a copy of the Response to Creditor's Motion to Inform and Request for Order was served electronically to Trustee Nancy Spenser Grigsby via CM/ECF to grigsbyecf@ch13md.com and via pre-paid USPS first class postage to:

Marie Piñeiro Perez
Urb. Paseo Los Robles
Las Colinas II, Apt. 1305
Mayaguez, PR  00682

              /s/ David E. Cahn
              Attorney for the Debtor
              Bar No. 18279
              The Law Office of David Cahn
              13842A Outlet Drive, #175
              Silver Spring, MD  20904