

February 8, 2019

To Whom It May Concern:

I am attorney Niorly Yesenia Mendoza Rivera, Puerto Rico Supreme Court license number 17,650.

I been representing Mr. Eyal S. Rosenstock in his divorce matter, case number ISRF 2014-00879 since June 2018.

Our representation is a *Pro Bono* one and all the expenses of it, including the co-litigating lawyers that been added to the case, are being in a pro bono basis by our firm.

If you have any questions or need any other information please feel free to contact us.

Niorly Yesenia Mendoza Rivera, Esq.

151 San Francisco Street Suite 200 Box 5138 San Juan, PR 00901
787-505-5021
lcdamendoza@icloud.com