IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EYAL SAMUEL ROSENSTOCK        CASE NO:   18-19227

      Debtor        CHAPTER 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO INFORM SENTENCE REGARDING CHILD SUPPORT AND ARREARS

TO THE HONORABLE COURT:

NOW COMES the creditor herein, **Marie Piñeiro Perez,** who very respectfully ALLEGES AND PRAYS the following:

1. Debtor filed a request for appeal (certiorari) in case number CC-2018-1041, to reverse the judgment regarding the amounts established for child support and arrearage. He appears as the petitioner.

2. As of this date, the Court of Appeals denied (No Ha Lugar) debtor's petition. The arrearage remains as per proof of claim filed. Please refer to the Resolution attached hereto.

3. As per Amended Plan dated January 8th, 20198, debtor fails to recognize the total amount owed of $71,692.81. Please refer to proof of claim number 3-1.

4. Also, debtor has failed to maintain current regular payments and as of this date, has $3,101.05 in post-petition arrears. Please refer to the Certification issued by ASUME.

5. The proposed payment plan is insufficient to pay what it proposes. Creditor objects the confirmation of the proposed payment plan.

6. The appearing creditor objects the confirmation of the plan and requests the Court denies the confirmation of the plan.

WHEREFORE and view of the above said, I, Marie Piñeiro Perez respectfully requests that the Honorable Court takes notice of the above for the continuation of the proceedings and denies

confirmation of the payment plan.

I HEREBY CERTIFY on this same date that I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will send notification of such filing to the following: Chapter 13, Mrs. Nancy Spencer Grigsby; debtor's attorney, Mr. David Erwin Cahn; and all parties in interest.

In San Juan, Puerto Rico to Maryland, this 12th day of February, 2019.

/s/ Marie Piñeiro Perez
Urb. Paseo Los Robles
Las Colinas II
Apt 1305
Mayaguez, PR 00682
Tel. 787-464-7050

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
Sala I

| | | |
|---|---|---|
| Marie Piñeiro Pérez<br><br>Recurrido<br><br>v.<br><br>Eyal S. Rosenstock<br><br>Peticionario | CC-2018-1041 | *Certiorari* |

Sala de Despacho integrada por la Jueza Presidenta Oronoz Rodríguez, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de enero de 2019.

Atendida la petición de *Certiorari* que presentó la parte peticionaria, se provee no ha lugar por craso incumplimiento con el Reglamento de este Tribunal.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo



**GOBIERNO DE PUERTO RICO**
**Departamento de la Familia**
Administración para el Sustento de Menores

Fecha de Emisión: 2/12/2019
*Issue date:*

# CERTIFICACION
### *CERTIFICATE*

Nuestro sistema mecanizado contiene la siguiente información:
*Our automated case management system has the following information:*

MARIE I PIÑEIRO PÉREZ no tiene la obligación de pagar pensión alimentaria a través de ASUME.
*MARIE I PIÑEIRO PÉREZ does not have obligation to pay child support through the ASUME.*

| Caso / Case | Pensión Fijada / Support Established | Frecuencia de Pago / Payment Frequency | Fecha Último Pago / Last Payment Date | Balance adeudado / Arrears Due | Plan de Pagos / Payment plan | Frecuencia Plan de Pagos / Payment plan frequency | Fecha en que se estableció Plan de Pagos / Payment Plan establishment date | Fecha último pago registrado del Plan de Pagos / Date of last payment for payment plan |
|---|---|---|---|---|---|---|---|---|
| 0577468 | $3,101.05 | MENSUAL | 2/1/2019 | $74,204.04 | | | | |

En este caso los alimentistas NO recibieron asistencia económica del Programa Ayuda Temporal a Familias Necesitadas 'TANF'.
*In this case, the obligees received NO economic assistance from the Temporary Assistance for Needy Families Program (TANF).*

MARIE I PIÑEIRO PÉREZ NO se encuentra acogido/a a la Ley de Quiebras.
*MARIE I PIÑEIRO PÉREZ IS NOT under the protection of the Bankruptcy Act.*

Tiene   **0**   obligación(es) de pagos de pension(es) alimentaria(s) a través de ASUME.
*Has    0    child support obligation(s) through the ASUME*

Recibe pensión alimentaria a través de ASUME en   **1**   caso(s):
*Receives child support through ASUME in    1    case(s):*

0577468

Este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la persona custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de la ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. El balance de esta Certificación no incluye el mes en que fue expedida. La información de este documento es válida por treinta (30) días, a partir de la fecha de su emisión.
*This document summarizes the information contained in the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are neither registered as child support payments nor as payments made for the payment plan. You must visit the ASUME office to which your case is assigned in order to request to credit those payments. The balance in this Certificate does not include the current month when it was issued. The information contained in this document is valid for thirty (30) days from its issue date.*

**20190212201903145690 49**

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo.

*CONFIDENTIALITY NOTE: The information contained in this document and any attachment is confidential and privileged and has the purpose of being used only by the person identified in it.*

Para validar la información contenida en este certificado, favor acceder a http://www.pr.gov/validacionelectronica/.
*To validate the information herein, please access http://www.pr.gov/validacionelectronica/.*

ASM-526
REV 02/15