UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

IN RE:                                              :
                                                    :
Eyal Samuel Rosenstock                              :      Case No: 18-19227 WIL
                                                    :      Chapter 13
                    Debtor                          :
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ :

### ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM

Upon consideration of the Debtor's Objection to the Proof of Claim of Marie Pineiro Perez dated September 11, 2018, and this Court having reviewed the pleadings and any hearing thereon it is hereby

ORDERED that the Debtor's Objection to the Proof of Claim be sustained; and it is further

ORDERED that Marie Pineiro Perez's domestic support obligation is in the amount of $36,315.88.

- 1 -

cc: Debtor
    Debtor's Counsel
    Ch. 13 Trustee
    U.S. Trustee
    Marie Pineiro Perez
    All Interested Parties

**END OF ORDER**