IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EYAL SAMUEL ROSENSTOCK         CASE NO. :18-19227

Debtor                         CHAPTER 13
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CREDITOR'S REPLY TO OBJECTION TO CLAIM AND MOTION TO INFORM

TO THE HONORABLE COURT:

NOW COMES the creditor herein, *Marie Piñeiro Perez,* who very respectfully

ALLEGES AND PRAYS the following:

1. On May 15th, 2019 I was served with a summons and copy of a complaint filed in Puerto Rico, First Instance Court, Mayaguez Ward and case number M2 2019-CV 00247 by debtor Eyal Samuel Rosestock in which he alleges makes incredible accusations regarding an alleged fraud. The filing of such case arouse curiosity to investigate if debtor had filed a motion regarding my claim in the bankruptcy case.

2. To my surprise and dismay, debtor filed an objection to proof of claim without notifying said document to creditor herein even though it included in the motion that I was notified. Therefor a timely reply to said objection was not filed.

3. Debtor argues that because of the filing of said suit, creditor's herein claim be automatically reduced to $36,315.88. Said contention is objected.

4. The filing of the suit does not establish nor concludes final grounds that would allow debtor to consider as final the amounts owed to creditor herein in regards to pre petition child support payments in arrears

5. In regards to said objection, debtor identifies the case number as CV 000125450 when the correct case number is M2 2019-CV 00247. If there is another case, the only case I have been served is the mentioned one. Please take notice of the attachment included.

6. Creditor herein believes that the strategy behind filing such incredible allegations is only to delay the confirmation of the case and the commencement of child support pre petition payments in arrears to creditor herein. For said reason, creditor herein will be filing a request for a protective order.

7. Due to the reasons stated above, it is requested that an order be entered instructing debtor to notify all documents to the address provided as per notice of appearance and the 30 days notice to reply to the objection to the proof of claim be considered as the date of the service of the suit to the appearing party.

8. It is also requested that the objection to proof of claim be denied and remains moot until such case is resolved.

WHEREFORE and view of the above said, I, Marie Piñeiro Perez respectfully requests that the Honorable Court takes notice of the above, the objection to proof of claim be denied, and a order is entered instructing debtor to notify of the motions filed in the present case for the continuation of the proceedings.

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to: US Trustee, Chapter 13 Trustee Nancy Spencer Grigsby, Esq at grisbyecf@ch13md.com and David Erwin Cahn, Esq at cahnd@cahnlawoffice.com , and by regular mail and all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this May 20th, 2019.

*/s/ Marie Piñeiro Pérez*
MARIE PIÑEIRO PEREZ
Urb. Paseo Los Robles
Las Colinas II
Apt. 1305
Mayaguez P.R., 00682
Tel. 787-464-7050

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE MAYAGÜEZ
SALA SUPERIOR

| | |
|---|---|
| EYAL S. ROSENSTOCK<br>DEMANDANTE<br><br>v.<br><br>MARIE PIÑEIRO PÉREZ, LUIS IGNACIO PIÑEIRO MONTALVO<br>DEMANDADOS | Civil Núm. M22019CV00247<br><br><br>SOBRE: Acción declarativa de simulación contractual |

## EMPLAZAMIENTO

**ESTADOS UNIDOS DE AMÉRICA:**
**PRESIDENTE DE LOS ESTADOS UNIDOS DE AMÉRICA:**
**ESTADO LIBRE ASOCIADO DE PUERTO RICO:**

A:   **MARIE PIÑEIRO PÉREZ**

POR LA PRESENTE, se le emplaza y requiere para que presente al Tribunal su alegación responsiva a la demanda dentro de los **treinta (30) días** de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), a la cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el Tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el Tribunal en el ejercicio de su sana discreción, lo entiende procedente.

**LCDA. NIORLY Y. MENDOZA**
**RUA #: 17650**
**151 CALLE DE SAN FRANCISCO**
**SUITE 200 BOX 5138**
**SAN JUAN, PR 00901**
**Tel. (787) 506-5021**
**Email: lcdamendoza@icloud.com**

Expedido bajo mi firma y sello del Tribunal, hoy ___9___ de ___Mayo___ de ___2019___.

2

## CERTIFICADO DE DILIGENCIAMIENTO POR PERSONA PARTICULAR

Yo, __Andrés González__, declaro tener capacidad conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y **CERTIFICO** que el diligenciamiento del emplazamiento y la demanda del caso de referencia fue realizado por mí, el __15__ de __Mayo__ de __2019__, de la siguiente forma:

__✓__ Mediante entrega personal a la parte demandada en la siguiente dirección: __Marie Piñeiro Pérez__ __Urb Paseo de Reyes, Mayagüez PR__ __Los Olivos (?)__

____ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:

____ Dejando copia de los documentos a un (a) agente autorizado (a) por la parte demandada o designada por ley para recibir emplazamientos a la siguiente dirección física:

____ No se pudo diligenciar el emplazamiento debido a que:

## DECLARACIÓN DEL (DE LA) EMPLAZADOR (A)

Declaro bajo pena de perjurio, conforme a las Leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

**Y PARA QUE ASÍ CONSTE**, suscribo la presente en __Mayagüez__, Puerto Rico, hoy __15__ de __Mayo__ de __2019__.

__[firma]__                                            __Aguadilla, P.R.__
Firma del (de la) Emplazador (a)                       Dirección del (de la) Emplazador (a)

AFFIDÁVIT NÚM. _____

Jurado(a) y suscrito(a) ante mí por _____, de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer por medio de _____.

En _____, Puerto Rico, hoy, ____ de _____ de __2019__.

_____                    Por: _____
Nombre del Notario o                              Nombre del (de la) Secretario (a)
Secretario(a) Regional                            Auxiliar del Tribunal

May 21st, 2019

FILED MAIL
2019 MAY 29 AM 10: 27
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

Bankruptcy Clerk's Office
Greenbelt Division
6500 Cherywood Lane, Ste 300
Greenbelt, MD 20770

To the Bankrutpcy Court Clerk:

SUBJECT:   EYAL SAMUEL ROSENSTOCK
           Case No. 18-19227

Included is the original and copy of the CREDITOR'S REPLY TO OBJECTION TO CLAIM AND MOTION TO INFORM, in the reference case with self-addressed envelope.

Please file the originals and return the marked copy in the envelope provided with this correspondence.

Cordially,

*Marie Piñeiro Perez*
Marie Piñeiro Perez

Enclosure