**Asume Mayaguez**
**210 Calle de la Candelaria W.**
**Mayaguez, PR 00680**


**Bank of America**
**PO Box 9000**
**Getzville, NY 14068**


**David Rosenstock**
**820 Kessler Wood Trail**
**Dallas, TX 75208**


**Discover Bank**
**PO Box 15316**
**Wilmington, DE 19850**


**Dra. Jovette Sanchez-Cestero**
**1479 Ashford Ave., Ste. 6**
**San Juan, PR 00907**


**James Law Offices**
**PMB 501 1353 Ave. Luis Vigoreaux**
**Guaynabo, PR 00966**


**Maria Irene Pineiro-Perez**
**PO Box 652**
**Hormigueros, PR 00660**


**Nancy Y. Sanchez Casiano**
**PO Box 652**
**Hormigueros, PR 00660**


**Patricia Cordero Alcaraz**
**1578 Ponce de Leon Ave.**
**San Juan, PR 00926**


**Sears/CBNA**
**PO Box 6283**
**Sioux Falls, SD 57117**


**Yarilyn Claudio Lopez**
**PO Box 757**
**Gurabo, PR 00778**

AMENDED

United States Bankruptcy Court
District of Maryland

In re: Eyal Samuel Rosenstock

Debtor(s)

Case No. 18-19227

Chapter 13

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/14/2020

/s/ Eyal Samuel Rosenstock
Signature of Debtor

_____
Signature of Joint Debtor