UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

IN RE:

|  |  |
|---|---|
| | : |
| | : |
| Eyal Samuel Rosenstock | :    Case No: 18-19227-LSS |
| | :    Chapter 13 |
| | : |
| Debtor | : |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | : |

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the Official Form 309I – Notice of Chapter 13 Bankruptcy Case and Amended Schedule E/F were served by depositing same in the United States Mail, first class, postage prepaid to the following on this September 17, 2020 to Asume Mayaguez, 210 Calle de la Candelaria W., Mayaguez, PR  00680.

/s/David E. Cahn
David E. Cahn