**7017 2620 0000 4561 0814**

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee $ 3.55

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage $ .70

Total $4.25

Sent To: Asume Mayaguez
Street: 210 Calle de la Candelaria W.
City: Mayaguez, PR 00680

Postmark Here — SEP 2020

MA 01026 CUMMINGTON