UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE: | : |
| | : |
| | : |
| | : |
| Eyal Samuel Rosenstock | :  Case No: 18-19227 LSS |
| | :  Chapter 13 |
| Debtor | : |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | : |

**STATUS REPORT**

The debtor, Eyal Samuel Rosenstock, by his attorney, David E. Cahn, hereby submits the following Status Report in regards to the two pending matters in Puerto Rico:

**A.     CHILD SUPPORT - ISRF 2014 00879**

Debtor has informed the court and asked for protection and a reasonable Child Support due to changes in income and children's expenses.  Due to the Creditor's failure to comply with Court Orders, she is precluded from introducing evidence in this matter.  A hearing is currently scheduled for February 4, 2021.

**B.     FRAUD - MZ2019CV00247**

Creditor used fraudulent document(s) which caused harm to the Debtor.  Creditor has filed a Motion to Dismiss.  Due to COVID-19, three hearings on this matter were suspended.  A virtual hearing is currently scheduled for January 22, 2021.

Respectfully submitted,

/s/ David E. Cahn
David E. Cahn, Bar No. 18279
Law Office of David Cahn, LLC
129-10 W. Patrick St., 2nd Fl.
Frederick, MD  21701
Ph: (301) 799-8072/F: (877) 862-5426
cahnd@cahnlawoffice.com
Attorney for the Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that after a review of the Court's Electronic Mail Notice List, a true and correct copy of the foregoing document and Proposed Order will be served electronically by CM/ECF on this January 7, 2021 to:

- Rebecca A. Herr - ecf@ch13md.com.

/s/ David E. Cahn
David E. Cahn