**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EYAL SAMUEL ROSENSTOCK | ) | Case No.  18-19227-LSS |
| | ) | Chapter 13 |
| Debtor | ) | |
| _____ | ) | |

**OBJECTION TO CLAIM NUMBER 5
(ASUME)**

The debtor, Eyal Samuel Rosenstock, by their attorney, David E. Cahn, objects to the Proof of Claim of ASUME (POC # 5) and in support thereof states:

1. That Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on July 11, 2018.

2. On July 14, 2018, the Bankruptcy Noticing Center sent the Notice of Chapter 13 Bankruptcy Case ("**Form 309I**"), to all creditors and interested parties which, *inter alia*, informed recipients that the proof of claim deadline was September 19, 2018, for non-governmental units and January 7, 2019, for governmental units.

3. On September 11, 2018, Creditor, Marie Pineiro Perez ("**Creditor**" or "**Pineiro Perez**"), filed a Proof of Claim [POC # 3] asserting a claim in the amount of $71,692.81.

4. Contemporaneously, on September 11, 2018, Creditor filed an Objection to Confirmation of Plan ("**Objection**") [Dkt. # 29], in which she reiterates that there are pre-petition arrears in the amount of $71,692.81 and provides an Order ("**June 28, 2018, Order**") from the Commonwealth of Puerto Rico General Court of Justice First Instance Court Superior Courtroom of Mayaguez dated June 28, 2018, fourteen (14) days from before the filing of the Petition, evidencing said amount.  A true and correct copy of the June 28, 2018, Order is

attached hereto as **Exhibit A**.

5. In September 2020, Debtor's counsel in Puerto Rico became aware that Asume Mayaguez ("**Asume**") had not been notified of this case by the Creditor. Asume is the Puerto Rico Administration for Child Support Enforcement and Mr. Rosenstock makes his monthly child support payments through Asume pursuant to the June 28, 2018 Order.

6. Accordingly, on September 18, 2020, Debtor filed an Amended Schedule E/F [Dkt. # 70] listing Asume as Notice Party in Part 3.

7. The day prior, on September 17, 2020, a copy of Form 309I and Amended ScheduleE/F was mailed via United States Postal Service certified first class, prepaid postage to Asume. A true and correct copy of the Certified Mail Receipt is attached hereto as **Exhibit B**.

8. Over four years after the filing of the Petition and over two years after receiving notice of this case, on October 11, 2022, Asume filed a Proof of Claim [POC # 5] in the amount of $74,793.86 for child support arrears, yet provided no supporting documentation of the claim or how they calculated the alleged arrearage amount. It further declares that it is the creditor and that Pineiro Perez is another name which it has used with the Debtor and that Pineiro Perez shall receive notices yet Asume should receive payments. Lastly, the person who completed the form declared that they were the creditor's attorney or authorized agent and not the creditor.

9. That this claim is duplicative of Pineiro Perez's Claim [POC # 3].

10. That this claim is untimely.

11. Notwithstanding, the undersigned has communicated with Alvaro Basabe, the Asume Administrative Official that completed POC # 5, who has maintained that the Claimant will withdraw their Claim, POC # 3. Upon the withdrawal of POC # 3, the Debtor shall withdraw this Objection.

WHEREFORE, the Debtor prays that the Objection to Proof of claim be sustained and for such other and further relief as to which the Debtor may be entitled.

Respectfully submitted,

/s/ David E. Cahn
David E. Cahn, Bar No. 18279
The Law Office of David Cahn
129-10 W. Patrick St., 2nd Fl.
Frederick, MD  21701
Ph: (301) 799-8072/F: (877) 862-5426
cahnd@cahnlawoffice.com

## NOTICE

PLEASE BE ADVISED THAT WITHIN THIRTY (30) DAYS OF THE DATE OF THE CERTIFICATE OF SERVICE SHOWN BELOW, YOU MAY FILE AND SERVE A RESPONSIVE MEMORANDUM OPPOSING THE OBJECTION TOGETHER WITH ANY DOCUMENTS AND OTHER EVIDENCE YOU WISH TO ATTACH IN SUPPORT OF YOUR CLAIM, UNLESS YOU WISH TO RELY SOLELY UPON YOUR PROOF OF CLAIM, AND REQUEST A HEARING, IF DESIRED, THE COURT MAY RULE ON THE OBJECTION WITHOUT A HEARING, OR SCHEDULE A HEARING IN THE COURT'S DISCRETION.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objections, Exhibits and Proposed Order was served electronically by CM/ECF to the Trustee and by depositing same in the United States Mail, first class, postage prepaid to the following on November 22, 2022:

Government of Puerto Rico
Department of Family
Att: Director/Legal Department
Asume
PO Box 11398
San Juan, PR  00910

Marie Pineiro Perez
PO Box 71316
San Juan, PR  00936

/s/ David E. Cahn
David E. Cahn