COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
FIRST INSTANCE COURT
SUPERIOR COURTROOM OF MAYAGUEZ

| | |
|---|---|
| MARIE PINEIRO PEREZ <br><br> PLAINTIFF <br><br> Vs. <br><br> EYAL S. ROSENSTOCK <br><br> DEFENDANT | Civil No. **ISRF201400879** <br><br> **Room: 302** <br><br> REGARDING: **DIVORCE (I.R)** |

ORDER

Attended the "*Urgent Motion in Request of Order for ASUME and the Defendant*", this court orders the defendant, Eyal Rosenstock, to make the child support payment list below, with the specific set, through the Child Support Administration.

**Basic** Child Support:           $1,837.22

**Complementary** Child Support:

| | |
|---|---|
| Housing: | $ 455.00 |
| Education: | |
|    Monthly Tuition | $ 477.75[1] |
|    Operational Fee | |
|    ($1,000 x 68.25%/12) | $ 56.87 |
|    Back to School expenses | $ 73.93[2] |
| Health: (Medical Insurance) | $ 100.28[3] |
| Extracurricular Activities | $ 100.00[4] |
| **TOTAL** ………. | **$3,101.05** |

Other items that arise from the Judgment establishing child support of the minors, notified on February 22, 2018, as part of the child support, will continue to be paid directly to the Plaintiff who is the Parent with Custody, as well as any difference that emerges between the considered amounts and the real expense, in regards to the expense for complementary child support specifically, maintaining the Defendant the responsibility of a 68.25% in accordance with the Judgment issued on February 12, 2018.

---

[1] It is considered a tuition of $350 for each minor. If change occurs, a collection for difference will be done to the parent paying child support.
[2] If is considered an average expense of $1,300 yearly. The difference will be subject to collection is the annual expense results higher, as it has generally happened.
[3] $73.47 ea. x 2 minors = $146.94 x 68.25% = $100.28 monthly.
[4] This item is an estimate. The amount will be adjusted in accordance with the real expense that results. Generally, is higher, for a request for collection will correspond to the parent paying child support.

It is **ordered** to the **Child Support Administration** to register as monthly payment to be paid by the defendant thru ASUME, the amount of **$3,101.05 monthly,** as listed.

It is **ordered,** also, to the **Child Support Administration** to acknowledge the balance due for Child Support, by the paying parent, the amount of **$71,692.81,** up to June 15, 2018.

Failure to comply with this Order could constitute contempt of Court.

**NOTIFY**

In Mayaguez, Puerto Rico, toady, June 28, 2018.

SIGNED
**SORAYA MENDEZ POLANCO**
**SUPERIOR JUDGE**

CERTIFICATION
I, Debbie Pancorbo Guzman, Court Interpreter in and for the Department of General Justice of the Commonwealth of Puerto Rico, hereby certify that the preceding translation has been performed to the best of my knowledge, and it is a true and accurate rendition in the English language of the Order issued by the First Instance Court, Superior Courtroom of Mayaguez, whose original is written in the Spanish language. In WITNESS WHEREOF, I have hereunto sing, in San German, Puerto Rico, today the first (1) day of the month of August of the year two thousand eighteen (2018).