

7017 2620 0000 4561 0814

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.55

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ .70

Total $4.25

Sent To: Asume Mayaguez
Street: 210 Calle de la Candelaria W.
City: Mayaguez, PR 00680

SEP Postmark 2020 Here

MA 01026 CUMMINGTON

PS Instructions