# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:                                  :
                                        :
EYAL SAMUEL ROSENSTOCK                  :      Case No. 18-19227-LSS
                                        :      Chapter 13
        Debtor                          :

## ORDER SUSTAINING OBJECTION TO CLAIM

Upon consideration of the Debtor's Objection to the Proof of Claim of Asume, Proof of Claim Number 5, and this Court having reviewed the pleadings and any hearing theron

ORDERED that the Debtor's Objection to the Proof of Claim be SUSTAINED; and it is further

ORDERED that Asume's Claim is hereby disallowed in its entirety.

cc:     Debtor
        Debtor's Counsel
        Asume
        Ch. 13 Trustee
        Interested Parties

**END OF ORDER**