Entered: December 29th, 2022
Signed: December 29th, 2022

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| EYAL SAMUEL ROSENSTOCK | : | Case No. 18-19227-LSS |
| | : | Chapter 13 |
| Debtor | : | |

### ORDER SUSTAINING OBJECTION TO CLAIM

Upon consideration of the Debtor's Objection to the Proof of Claim of Asume, Proof of Claim Number 5, and this Court having reviewed the pleadings and any hearing theron

ORDERED that the Debtor's Objection to the Proof of Claim be SUSTAINED; and it is further

ORDERED that Asume's Claim is hereby disallowed in its entirety.

cc:   Debtor
      Debtor's Counsel
      Asume
      Ch. 13 Trustee
      Interested Parties

### END OF ORDER