United States Bankruptcy Court
District of Maryland

In re: Case No. 18-19227-LSS
Eyal Samuel Rosenstock Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: Jul 02, 2025      Form ID: ntcdsm      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Eyal Samuel Rosenstock, 816 Greenwood Cir., Apt. 6, Takoma Park, MD 20912-6830 |
| 31653768 | + | Asume Mayaguez, 210 Calle de la Candelaria W., Mayaguez, PR 00682-3240 |
| 30672747 | + | David Rosenstock, 820 Kessler Wood Trail, Dallas, TX 75208-5600 |
| 30672749 | + | Dra. Jovette Sanchez-Cestero, 1479 Ashford Ave., Ste. 6, San Juan, PR 00907-1583 |
| 30672750 | + | James Law Offices, PMB 501 1353 Ave. Luis Vigoreaux, Guaynabo, PR 00966-2715 |
| 30750767 | + | Marie Pineiro Perez, Urb Paseo Los Robles, Las Colinas II, Apt. 1305, Mayaguez PR 00682-7913 |
| 30707886 | + | Nancy Y. Sanchez Casiano, PO Box 652, Hormigueros, PR 00660-0652 |
| 30672752 | + | Patricia Cordero Alcaraz, 1578 Ponce de Leon Ave., San Juan, PR 00926-2711 |
| 30672754 | + | Yarilyn Claudio Lopez, PO Box 757, Gurabo, PR 00778-0757 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | Email/Text: bnc@ch13md.com | Jul 02 2025 19:30:00 | Rebecca A. Herr, Chapter 13 Trustee, 185 Admiral Cochrane Dr., Suite 240, Annapolis, MD 21401-7623 |
| 32108612 | + | Email/Text: abasabe@asume.pr.gov | Jul 02 2025 19:30:00 | ASUME, c/o Marie Pineiro Perez, PO Box 71316, San Juan, PR 00936-8416 |
| 30672746 | + | EDI: BANKAMER2 | Jul 02 2025 23:24:00 | Bank of America, POB 9000, Getzville, NY 14068-9000 |
| 30715504 | + | EDI: BANKAMER2 | Jul 02 2025 23:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 30672830 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 02 2025 19:30:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 30672748 | | EDI: DISCOVER | Jul 02 2025 23:23:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 30730755 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2025 19:29:49 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 30672753 | + | EDI: CITICORP | Jul 02 2025 23:23:00 | Sears/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 30672829 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 02 2025 19:31:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 30672831 | ^ | MEBN | Jul 02 2025 19:23:55 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |

TOTAL: 10

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Jul 02, 2025 | Form ID: ntcdsm | Total Noticed: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30672751 | | Maria Irene Pineiro-Perez, INVALID ADDRESS PROVIDED |
| aty | *+ | Rebecca A. Herr, Chapter 13 Trustee, 185 Admiral Cochrane Dr., Suite 240, Annapolis, MD 21401-7623 |
| cr | *+ | Marie Pineiro Perez, Urb. Paseo Los Robles, Las Colinas II, Apt. 1305, Mayaguez, PR 00682-7913 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **18–19227 – LSS**   Chapter: **13**

**Eyal Samuel Rosenstock**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 7/2/25.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 7/2/25

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Lisa Alexander
                                        301–344–3378

Form ntcdsm